AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rice, David E. | U.S. Bankruptcy Court, District of MD | 05/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - active | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

101 W. Lombard Street
Chambers 9636
Baltimore, MD 21201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Egenton Home, Inc. |
| 2. Trustee | Trust |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1989 | Venable LLP Partnership Agreement/Retirement Plan with Former Law Firm |
| 2. 1989 | Venable LLP 401(k) Retirement Plan with Former Law Firm and Charles Schwab Corp. |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 05/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Venable LLP (Retirement/401(k) distribution) | $3,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bankruptcy Bar Association for the District of Maryland | 5/4-5/5-2012 | Annapolis, MD | Seminar | Meals, hotel |
| 2. | Virginia CLE | 9/13-9/14-2012 | Charlottesville, VA | Seminar | Meals, hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 05/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Dept. of Education | Student loans | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank Accounts | A | Interest | N | T | | | | | |
| 2. Pentagon FCU Account | A | Interest | J | T | | | | | |
| 3. APG FCU Account | A | Interest | J | T | | | | | |
| 4. USAA Federal Accounts | B | Interest | K | T | | | | | |
| 5. New Perspective Mutual Fund | A | Dividend | K | T | | | | | |
| 6. McCormick Common (MKC) | A | Dividend | K | T | | | | | |
| 7. PNC Bank IRA's CD's | A | Interest | K | T | | | | | |
| 8. TD Ameritrade Money Market Account | A | Interest | J | T | | | | | |
| 9. Facebook, Inc. (FB) | | None | J | T | Buy | 05/29/12 | J | | |
| 10. Groupon, Inc. (GRPN) | | None | J | T | Buy | 06/12/12 | J | | |
| 11. Brokerage Account #1 | | | | | | | | | |
| 12. Artisan Midcap Value Inv. Fund (ARTOX) | A | Dividend | J | T | Buy | 06/08/12 | J | | |
| 13. | | | | | Buy (add'l) | 08/24/12 | J | | |
| 14. | | | | | Sold (part) | 11/09/12 | J | A | |
| 15. Blackrock Inflation Prot. Bond A Fund (BPRAX) | A | Dividend | J | T | Buy | 08/24/12 | J | | |
| 16. | | | | | Sold (part) | 11/09/12 | J | A | |
| 17. PIMCO Emerging Mkts Bond A Fund (PAEMX) | A | Dividend | K | T | Buy | 06/08/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 08/24/12 | J | | |
| 19. | | | | | Sold (part) | 11/09/12 | J | A | |
| 20. EV Income Fund of Boston A (EVIBX) | A | Dividend | K | T | Buy | 08/24/12 | K | | |
| 21. | | | | | Sold (part) | 11/09/12 | J | A | |
| 22. Ivy Mid Cap Growth A Fund (WMGAX) | A | Dividend | J | T | Buy | 06/08/12 | J | | |
| 23. | | | | | Buy (add'l) | 08/24/12 | J | | |
| 24. | | | | | Sold (part) | 11/09/12 | J | A | |
| 25. Invesco Premier Inst. Money Mkt Fund | A | Dividend | J | T | Buy | 06/22/12 | J | | |
| 26. Citibank deposit account | A | Interest | L | T | | | | | |
| 27. IBM Common (IBM) | A | Dividend | K | T | | | | | |
| 28. Invesco Van Kampen Comstock Fund (ACSTX) | A | Dividend | K | T | Sold (part) | 06/08/12 | J | A | |
| 29. | | | | | Sold (part) | 11/09/12 | J | A | |
| 30. Cambiar Small Cap Fund (CAMSX) | A | Dividend | J | T | Sold (part) | 06/08/12 | J | A | |
| 31. | | | | | Buy (add'l) | 11/09/12 | J | | |
| 32. | | | | | Sold (part) | 08/24/12 | J | A | |
| 33. AllianceBernstein Small Cap Growth Fund (QUAYX) | A | Dividend | J | T | Buy (add'l) | 06/08/12 | J | | |
| 34. | | | | | Buy (add'l) | 11/09/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 08/24/12 | J | A | |
| 36. Columbia Select Large Cap Growth Fund (ELGAX) | A | Dividend | L | T | Sold (part) | 06/08/12 | J | A | |
| 37. | | | | | Buy (add'l) | 11/09/12 | J | | |
| 38. | | | | | Sold (part) | 08/24/12 | J | A | |
| 39. Dreyfus Emerging Markets Fund (DRFMX) | C | Dividend | K | T | Buy (add'l) | 06/08/12 | J | | |
| 40. | | | | | Sold (part) | 11/09/12 | J | A | |
| 41. Western Asset Money Market Fund (LMTXX) | A | Dividend | | | Sold (part) | 06/13/12 | J | A | |
| 42. | | | | | Sold (part) | 06/22/12 | J | A | |
| 43. Nuveen Tradewinds International Value Fund (NAIGX) | B | Dividend | K | T | Buy (add'l) | 08/24/12 | J | | |
| 44. | | | | | Buy (add'l) | 11/09/12 | J | | |
| 45. | | | | | Sold (part) | 06/08/12 | J | A | |
| 46. Pimco Foreign Bond Fund (PFOAX) | A | Dividend | J | T | Sold (part) | 06/08/12 | J | A | |
| 47. | | | | | Sold (part) | 08/24/12 | J | A | |
| 48. Pimco Total Return Fund (PTTDX) | B | Dividend | J | T | Sold (part) | 08/24/12 | K | A | |
| 49. | | | | | Sold (part) | 11/09/12 | K | B | |
| 50. IRA #1 | D | Dividend | O | T | | | | | |
| 51. iShares Barclays Short Treasury Bond Fund (SHV) | | | | | Buy | 08/24/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SPDR Barclays Capital High Yield Bond ETF (JNK) | | | | | Buy | 08/24/12 | K | | |
| 53. Dreyfus Liquid Assets Inc. (now MSLiquidAssetFund) | | | | | | | | | |
| 54. Vanguard Mid-Cap Value Index Fund (VOE) | | | | | Sold (part) | 08/29/12 | J | A | |
| 55. Cambiar Opportunity Fund (CAMWX) | | | | | Buy (add'l) | 08/24/12 | J | | |
| 56. Blackrock Inflation Protected Bond Portfolio (BPRIX) | | | | | Sold (part) | 08/29/12 | J | A | |
| 57. Cohen and Steers Realty Shares Fund (CSRSX) | | | | | Sold (part) | 08/29/12 | J | A | |
| 58. Franklin Templeton Total Return Fund (FBDAX) | | | | | Sold (part) | 08/29/12 | K | A | |
| 59. Godman Sachs Absolute Return Fund (GJRTX) | | | | | Sold (part) | 08/29/12 | J | A | |
| 60. Ivy Mid Cap Growth Fund (IYMIX) | | | | | Sold (part) | 08/29/12 | J | A | |
| 61. Janus Overseas Fund (JIGFX) | | | | | Buy (add'l) | 05/21/12 | J | | |
| 62. Janus Overseas Fund (JIGFX) | | | | | Buy (add'l) | 08/24/12 | J | | |
| 63. JPMorgan Dynamic Small Cap Growth Fund (JDSCX) | | | | | Sold (part) | 08/29/12 | J | A | |
| 64. Mainstay Large Cap Growth Fund (MLAIX) | | | | | Sold (part) | 08/29/12 | J | A | |
| 65. Pimco Emerging Local Bond Fund (PELPX) | | | | | Sold (part) | 08/29/12 | J | A | |
| 66. Pimco Commodity Real Return Strategy Fund (PCRPX) | | | | | Buy (add'l) | 05/21/12 | J | | |
| 67. | | | | | Buy (add'l) | 08/24/12 | J | | |
| 68. Royce Premier Fund (RYPRX) | | | | | Buy (add'l) | 08/24/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Guggenheim ManFutStratFD (RYMFX) | | | | | Buy (add'l) | 08/24/12 | J | | |
| 70. Templeton Global Bond Fund (TGBAX) | | | | | Sold (part) | 08/29/12 | J | A | |
| 71. Wells Fargo Adv Em Markets Growth Fund (EMGYX) | | | | | Buy (add'l) | 05/21/12 | J | | |
| 72. | | | | | Buy (add'l) | 08/24/12 | J | | |
| 73. IRA #2 | B | Interest | M | T | | | | | |
| 74. GE Cap Ret Bank (CD) | | | | | Buy | 09/07/12 | K | | |
| 75. Sovereign Bank (CD) | | | | | Buy | 09/07/12 | K | | |
| 76. Citibank deposit account | | | | | | | | | |
| 77. GE Money Bank (CD) | | | | | Matured | 06/08/12 | K | | |
| 78. Ally Bank (CD) | | | | | Matured | 12/17/12 | K | | |
| 79. CIT Bank (CD) | | | | | Matured | 12/17/12 | K | | |
| 80. Trust #1 | C | Int./Div. | M | T | | | | | |
| 81. Comerica Bank deposit account | | | | | | | | | |
| 82. MBIA Bond | | | | | | | | | |
| 83. Duke Energy Common (DUK) | | | | | | | | | |
| 84. Frontier Comm Common (FTR) | | | | | | | | | |
| 85. Spectra Energy Common (SE) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | American High Income Trust CL A Fund (AHITX) | | | | | | | | | |
| 87. | Calamos Growth & Income Fund B (CVTYX) | | | | | | | | | |
| 88. | Capital Income Builder Fund A (CAIBX) | | | | | | | | | |
| 89. | Oppenheimer Rochester Natl Mun A Fund (ORNAX) | | | | | | | | | |
| 90. | Oppenheimer SR Floating Rate A Fund (OOSAX) | | | | | | | | | |
| 91. | Washington Mutual Invs FDCLA Fund (AWSHX) | | | | | | | | | |
| 92. | Kinder Morgan Energy Partners (KMP) | | | | | | | | | |
| 93. | Mineral Rights, Dimmit County, TX | | None | K | W | | | | | |
| 94. | Mineral Rights, Canadian County, OK | A | Royalty | K | W | | | | | |
| 95. | Mineral Rights, Franklin County, AR | | None | K | W | | | | | |
| 96. | Mineral Rights, Lincoln County, OK | | None | K | W | | | | | |
| 97. | Mineral Rights, Pontotoc County, OK | | None | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 05/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 05/14/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David E. Rice**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544